FILED

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
ERIC CHENG (CABN 274118)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Helen.Gilbert@usdoj.gov
    Eric.Cheng@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-mj-70788-AGT |
| Plaintiff, | UNITED STATES' APPLICATION TO UNSEAL COMPLAINT AND [PROPOSED] ORDER |
| v. | |
| YUANCE CHEN and LIREN LAI a/k/a "Ryan" Lai, | |
| Defendants, | |

1    The United States, through undersigned counsel, respectfully moves this Court to unseal the

2    following documents in the above-captioned matter: the criminal complaint and its associated affidavit,

3    the motion for a sealing order, and the sealing order.  The FBI has completed the defendants' arrests,

4    and therefore, it is no longer necessary for these documents to be sealed.

5

6    DATED:  June 30, 2025                                Respectfully submitted,

7                                                        CRAIG H. MISSAKIAN
                                                         United States Attorney
8

9
                                                         _____/s/_____
10                                                       HELEN L. GILBERT
                                                         ERIC CHENG
11                                                       Assistant United States Attorneys

12

13                                    **[PROPOSED] ORDER**

14    On the motion of the United States, and good cause appearing therefor, the Court HEREBY

15    ORDERS that the following documents in the above-captioned matter be unsealed: the criminal

16    complaint and its associated affidavit, the motion for a sealing order, and the sealing order.

17    **IT IS SO ORDERED.**

18

19    DATED:      6/30/2025
                                                         _____
20                                                       HONORABLE ALEX G. TSE
                                                         United States Magistrate Judge

21

22

23

24

25

26

27

28

UNSEALING APP. AND [PROPOSED] ORDER        2
3:25-mj-70788-AGT